REUBEN MELENKY, Respondent, v. ASHER P. MELEN, Appellant.— Motion granted to amend order of affirmance entered herein March 14, 1923, by adding two additional findings of fact.   [206 App. Div. 649.]

MAYNARD L. RIEGEL, Respondent, v. BARBARA FRANZEL, Appellant.— Motion to dismiss appeal granted, unless appellant is ready for argument at the opening of the November term.

JAMES O. SEBRING, Respondent, v. ABRAHAM J. GOLDMAN, Appellant.— Motion to dismiss appeal denied, upon condition that appellant shall file and serve the printed papers on appeal within twenty days after respondent furnishes to appellant's attorney the exhibits.

In the Matter of the Judicial Settlement of the Accounts of THOMAS W. OSBORNE, as Executor, etc., of HARRY B. HOPSON, Deceased.— Motion to dismiss appeal denied, without prejudice to a renewal of the motion.

DAILEY BROS., INC., Respondent, v. W. A. CLEMENTS CO., INC., Appellant.— Motion to dismiss appeal granted, unless appellant is ready to argue the appeal at the opening of the November term.

---

## FIRST DEPARTMENT, NOVEMBER, 1923.

In the Matter of the Application of CHARLES L. CRAIG, as Comptroller of the City of New York, Respondent, for a Peremptory Mandamus Order against PETER J. BRADY, Supervisor of the City Record, Appellant.   (Proceeding No. 2.)

*Mandamus — purposes for which order will issue.*

Appeal from a peremptory mandamus order of the Supreme Court, made at the New York Special Term and entered in the New York county clerk's office June 22, 1923, directing the appellant to print the calendars for the meetings of the board of commissioners of the sinking fund of New York city.

PER CURIAM: A mandamus order issues only for the enforcement of a clear legal right or for the performance of a directed legal duty.   An examination discloses no provision of ordinance or statute requiring the preparation or publication of a calendar of matters to be passed upon by the board.   There is, therefore, no justification for the order of mandamus appealed from, and the order should be reversed, with ten dollars costs and disbursements, and the motion denied, with ten dollars costs.   Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.   Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs.

---

JOHN H. RANGER, Respondent, v. CAMERON, MICHEL & CO., INC., Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

SAMUEL EISEMAN & Co., INC., Appellant, v. AGRICULTURAL INSURANCE COMPANY and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Present — Clarke, P. J., Smith, Finch, McAvoy and Martin, JJ.

SAMUEL EISEMAN & Co., INC., Appellant, v. RELIANCE INSURANCE COMPANY and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Present — Clarke, P. J., Smith, Finch, McAvoy and Martin, JJ.